UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, Plaintiff, v. CALIFORNIA STATE BAR, Defendant. | No. 2:26-cv-02558 DJC AC PS <br> <u>ORDER</u> |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 28, 2026, the Magistrate Judge filed findings and recommendations, which were served on plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2026, are adopted in full; and

////

2. The complaint (ECF No. 1) is DISMISSED and that this case is closed.

DATED:

IT IS SO ORDERED.

Dated: **September 11, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE